IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON P. BENAICH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION | : | No. 09-cv-465 |

**MEMORANDUM**

Baylson, J.                                                              **March 19, 2010**

**I.   Introduction**

      Plaintiff, Sharon P. Benaich, who proceeds pro se, filed a Complaint on June 25, 2009, against Defendants, the Federal Bureau of Investigation ("FBI") and several individuals alleging, what appear to be, civil rights violations.[1] D.I. 1. Currently pending is the FBI's Motion to Dismiss (Doc. No. 14). Upon independent and thorough review, the Court grants the motion.

**II.   Background**

      On December 14, 2009, the FBI filed a Motion to Dismiss. The FBI seeks dismissal for lack of subject matter jurisdiction as it is immune from suit and for the Complaint's failure to recite facts to support a legally cognizable claim. When Plaintiff had failed to respond by February 24, 2010, the Court entered an Order (Doc. No. 16) advising Plaintiff that if she failed to respond to the motion within fourteen days, the Court would dismiss the case. Plaintiff did not comply with the Order and has failed to respond.

**III.   Discussion**

      Plaintiff failed to comply with the Court's Order, did not respond to the FBI's Motion to

---

[1] On December 21, 2009, the individual Defendants were dismissed pursuant to Fed. R. Civ. P. 4(m). D.I. 15.

Dismiss, and has taken no action in this matter since October 15, 2009, when she filed an unexecuted summons (Doc. No. 12). Her inaction in this case warrants dismissal for failure to prosecute. Moreover, the FBI's motion is well-taken. It is well established that the United States and its agencies are generally immune from liability unless their sovereign immunity is expressly waived. United States v. Mitchell (I), 445 U.S. 535, 538 (1980). A waiver of sovereign immunity cannot be implied but must be unequivocally expressed. Id. (citing United States v. King, 395 U.S. 1, 4 (1969)). Indeed, "[i]t is axiomatic that the United States may not be sued without its consent and that the existence of consent is a prerequisite for jurisdiction." United States v. Mitchell (II), 463 U.S. 206, 212 (1983). Hence, the FBI, as an agency of the United States, is entitled to sovereign immunity. Jaffee v. United States, 592 F.2d 712, 717-18 (3d Cir. 1979); Delgado v. Detention Center, 839 F. Supp. 345, 346 (E.D. Pa. 1993). Accordingly, the instant case cannot proceed against the FBI.

### IV. Conclusion

For the reasons set forth above, the Court grants the FBI's Motion to Dismiss.

An appropriate Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON P. BENAICH | : CIVIL ACTION |
| v. | : |
| FEDERAL BUREAU OF INVESTIGATION | : No. 09-CV-465 |

### ORDER

AND NOW, this 19th day of March, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED as follows:

1. The Motion to Dismiss (Doc. No. 14) is GRANTED; and

2. The Clerk shall mark this matter CLOSED in this Court for all purpose, including statistics.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\DE Cases\09-465 Benaich v. FBI\Benaich v. FBI - Memo Order Dismiss.wpd

3